

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

 

FILED
9/3/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KSR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Vincenza Presti | ) | |
| Plaintiff(s) | ) | |
| | ) | Case Number: 23-cv-15160 |
| v. | ) | |
| | ) | |
| U.S. Dept. of Homeland Security, et al | ) | |
| | ) | Judge: Daniels |
| Defendant(s | ) | |

### MOTION FOR ATTORNEY REPRESENTATION
### (NOTE: Failure to complete all items may result in the denial of this motion. )

1. I, _Vincenza Presti_____, declare that I am the (check appropriate box)
   ■ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation: **(NOTE: This item must be completed.)**

   See attached sheet for list of attorneys contacted.


   but I have been unable to find an attorney because:

   1) Many do not practice Employment Law for Federal Employees; 2) Many are on-line companies with poor google reviews and scams; 3) a few don't want to take my case 4) cost

3. I declare that (check all that apply):
   *(Now:)*
   ☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

   *(Earlier:)*
   ☑ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
   OR
   ☐ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check ·one):
   ☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

☐ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case, and it is still true and correct.

☑ I have previously filed an Application for Leave to Proceed In Forma Pauperis in this case. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. ☑ I declare that my highest level of education is (check one):

☐ Grammar school     ☐ Some high school     ☐ High school graduate
■ Some college        ☐ College graduate     ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check only if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court Pro Se Assistance Program. (Check only if applicable.)

8. ☑ I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Movant

_P.O. Box 681093_____
Street Address

_September 3, 2024_____
Date

_Schaumburg, IL 60168_____
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: _____ | Case No.: _____ |
|---|---|
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |
| Case Name: _____ | Case No.: _____ |
| Attorney's Name: _____ This case is still pending ☐ Yes ☐ No | |
| The appointment was limited to settlement assistance: ☐ Yes ☐ No | |

Rev. 06/23/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

<u>LIST OF ATTORNEYS CONTACTED:</u>

1. John P. Mahoney-Washington, D.C.- not accredited with BBB (Better Business Bereau)

   Tel# (202) 350-3881 Retainer $7,800

2. Tully & Rinckey PLLC (paid phone consultation with Manuela Sanchez)

   tel# (888)529-4523

3. The Devadoss Law Firm (consulted, poor google reviews, overpriced) $5,850 retainer

4. Goldman & Ehrlich (Attorney Jon Goldman and Attorney Arthur Ehrlich)

   $15k retainer/ $450 hourly rate

5. Michael Smith (Schaumburg)-Spoke over the phone. Poor memory and poor google reviews.

   Retainer $2,800 and 30% contingency.

6. The Bell Law Group Tel# (708) 304-9080

   Left voicemail: "We're unable to assist you. You need to contact an employment attorney in your area"

7. Jeffrey Law Group www.jeffreylawgroup.com Washington, D.C. (Do not handle judicial branch cases)

8. DuPage Bar Association-Pro bono attorney assistance available only for Family Law cases

9. NELA-National Employment Lawyers Association www.nela-illinois.gov

   Search for attorney on-line returned no results. No telephone number available on site.

10. Illinois Legal Aid- Referred to CARPLS (Coordinated Advice and Referral Program for Legal Services)

11. CARPLS Tel# (312) 738-9200 services to low-income in Cook County, not DuPage

12. DuPage County Bar Association, emailed DCBA.org -Referred to Antonio Jeffrey with Jeffrey Law Office,

    Warrenville, IL tel# (312)583-7072 (consultation over the phone and forwarded pleadings for review.

    Refused to take on the case).

13. Wenzel, Fenton, Cabassa, Florida tel# (813) 519-5698 (Federal employment is outside their area of

    practice)

14. Southworth PC, Atlanta, GA tel# 888-695-4762 (no return call)

15. Justin Schnitzer, ESQ. Maryland Fedelaw.com tel# (202)964-4878