BC

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**
**2/18/2025**
DD
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| Plaintiff | ) |
|  | ) **Case Number**: |
|  | ) |
|  | ) **Judge:** |
| v. | ) |
|  | ) **Magistrate Judge:** |
|  | ) |
| Defendant | ) |

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]